

William C. Baton
Phone: (973) 286-6722
Fax:   (973) 286-6822
wbaton@saul.com
www.saul.com

April 20, 2015

**VIA ECF AND FEDEX**

Hon. Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, LLC, et al.*
           Civil Action Nos. 13-391, 14-3235, & 15-1043 (ES)(JAD)

           *Jazz Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*
           Civil Action Nos. 14-5139, 14-6150, & 15-173 (ES)(JAD)

           *Jazz Pharmaceuticals, Inc. v. Ranbaxy Laboratories Limited, et al.*
           Civil Action Nos. 14-4467, 14-6151, & 15-187 (ES)(JAD)

           *Jazz Pharmaceuticals, Inc. v. Watson Laboratories, Inc.*
           Civil Action No. 14-7757 (ES)(JAD)

Dear Judge Dickson:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Richard G. Greco PC, represents plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") in the above-referenced matters.

    Enclosed for Your Honor's consideration is a stipulation and proposed order, to which the parties have agreed, which, subject to Your Honor's approval, would consolidate these cases. If the stipulation and proposed order meet with Your Honor's approval, we respectfully request that Your Honor sign and have it entered on the docket to formally effect consolidation and to reset the case schedule.

    Thank you for Your Honor's kind attention to this matter.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Joseph A. Dickson, U.S.M.J.
April 20, 2015
Page 2

Respectfully yours,

*William C. Baton*

William C. Baton

Enclosure

cc:   Hon. Esther Salas, U.S.D.J.
　　　All Counsel (via e-mail)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC and PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | Civil Action No. 13-391 (ES)(JAD) |
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC,<br><br>Defendant. | Civil Action No. 14-3235 (ES)(JAD) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC,<br><br>Defendant. | Civil Action No. 15-1043 (ES)(JAD) |

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>   Defendant. | Civil Action No. 14-5139 (ES)(JAD) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>   Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>   Defendant. | Civil Action No. 14-6150 (ES)(JAD) |
| JAZZ PHARMACEUTICALS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>   Defendant. | Civil Action No. 15-173 (ES)(JAD) |

| | |
|---|---|
| **JAZZ PHARMACEUTICALS, INC.,**<br><br>                Plaintiff,<br><br>        v.<br><br>**RANBAXY LABORATORIES LIMITED AND RANBAXY INC.,**<br><br>                Defendants. | Civil Action No. 14-4467 (ES)(JAD) |
| **JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,**<br><br>                Plaintiffs,<br><br>        v.<br><br>**RANBAXY LABORATORIES LIMITED AND RANBAXY INC.,**<br><br>                Defendants. | Civil Action No. 14-6151 (ES)(JAD) |
| **JAZZ PHARMACEUTICALS, INC.,**<br><br>                Plaintiff,<br><br>        v.<br><br>**RANBAXY LABORATORIES LIMITED AND RANBAXY INC.,**<br><br>                Defendants. | Civil Action No. 15-187 (ES)(JAD) |

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC. and<br>JAZZ PHARMACEUTICALS<br>IRELAND LIMITED,<br><br>          **Plaintiffs,**<br><br>v.<br><br>WATSON LABORATORIES, INC.,<br><br>          **Defendant.** | Civil Action No. 14-7757 (ES)(JAD) |

## [PROPOSED] CONSOLIDATION STIPULATION AND ORDER

WHEREAS, Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") initiated Civil Action Nos. 14-3235 (ES)(JAD) and 15-1043 (ES)(JAD), alleging infringement of United States Patent Nos. 8,589,182, 8,731,963, 8,772,306, and 8,859,619 by Defendant Amneal Pharmaceuticals, LLC's ("Amneal") submission of Abbreviated New Drug Application ("ANDA") No. 203631 to the U.S. Food and Drug Administration for approval to market a 500 mg/ml sodium oxybate oral solution;

WHEREAS, Jazz initiated Civil Action Nos. 14-5139 (ES)(JAD), 14-6150 (ES)(JAD), and 15-173 (ES)(JAD) alleging infringement of United States Patent Nos. 8,731,963, 8,772,306, and 8,859,619 by Defendant Par Pharmaceutical, Inc.'s ("Par") submission of ANDA No. 205403 to the U.S. Food and Drug Administration for approval to market a 500 mg/ml sodium oxybate oral solution;

WHEREAS, Jazz initiated Civil Action Nos. 14-4467 (ES)(JAD), 14-6151 (ES)(JAD), and 15-187 (ES)(JAD) alleging infringement of United States Patent Nos. 6,472,431, 6,780,889, 7,262,219, 7,851,506, 8,263,650, 8,324,275, 8,461,203, 7,668,730, 7,765,106, 7,765,107, 7,895,059, 8,457,988, 8589,182, 8,731,963, 8,772,306, and

8,859,619 by Defendant Ranbaxy Laboratories Limited and Ranbaxy, Inc.'s ("Ranbaxy") submission of ANDA No. 203351 to the U.S. Food and Drug Administration for approval to market a 500 mg/ml sodium oxybate oral solution;

WHEREAS, Jazz initiated Civil Action No. 14-7757 (ES)(JAD), alleging infringement of United States Patent Nos. 6,472,431, 6,780,889, 7,262,219, 7,851,506, 8,263,650, 8,324,275, 8,461,203, 7,668,730, 7,765,106, 7,765,107, 7,895,059, 8,457,988, 8589,182, 8,731,963, and 8,772,306 by Defendant Watson Laboratories, Inc.'s ("Watson") submission of ANDA No. 204952 to the U.S. Food and Drug Administration for approval to market a 500 mg/ml sodium oxybate oral solution;

WHEREAS, these causes of action are substantially related to the litigation initiated by Jazz captioned *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, LLC and Par Pharmaceutical, Inc.*, Civil Action No. 13-391 (ES)(JAD), which is also before this Court and concerns United States Patent Nos. 6,472,431, 6,780,889, 7,262,219, 7,851,506, 8,263,650, 8,324,275, 8,461,203, 7,668,730, 7,765,106, 7,765,107, 7,895,059, 8,457,988, and 8,589,182;

WHEREAS, the parties have agreed to the consolidation of these actions;

WHEREAS, good cause exists to consolidate these actions with Civil Action No. 13-391;

WHEREFORE, Jazz, Amneal, Par, Ranbaxy and Watson, by their attorneys, respectfully request that this Court consolidate Civil Action Nos. 14-3235, 15-1043, 14-5139, 14-6150, 15-173, 14-4467, 14-6151, 15-187, 14-7757, with Civil Action No. 13-391 and that all of the papers be maintained in Civil Action No. 13-391.

Dated: April 20, 2015                                    Respectfully submitted,

By: s/ Charles M. Lizza                         By: s/ Paul H. Kochanski
    Charles M. Lizza                                Paul H. Kochanski
    William C. Baton                                LERNER, DAVID, LITTENBERG,
    SAUL EWING LLP                                  KRUMHOLZ & MENTLK, LLP
    One Riverfront Plaza, Suite 1520                600 South Avenue West
    Newark, NJ 07102-5426                           Westfield, NJ 07090
    (973) 286-6700                                  (908) 654-5000
    clizza@saul.com                                 pkochanski@ldlkm.com

    *Attorneys for Plaintiff*                       *Attorneys for Defendant*
    *Jazz Pharmaceuticals, Inc.*                    *Amneal Pharmaceuticals, LLC*

    *Of Counsel:*                                   *Of Counsel:*

    F. Dominic Cerrito                              H. Keeto Sabharwal
    Eric C. Stops                                   Dennies Varughese
    Gabriel P. Brier                                Deborah Sterling
    QUINN EMANUEL URQUHART &                        STERNE, KESSLER, GOLDSTEIN & FOX
    SULLIVAN, LLP                                   PLLC
    51 Madison Avenue, 22nd Floor                   1100 New York Ave., N.W., Suite
    New York, New York 10010                        800
    (212) 203-7625                                  Washington, DC 20005-3934
                                                    (202) 7728511
    Richard G. Greco
    RICHARD G. GRECO PC
    90 State Street, Suite 700
    Albany, New York 12207
    (212) 203-7625

By: s/ Sean R. Kelly                            By: s/ Karen A. Confoy
    Sean R. Kelly                                   Karen A. Confoy
    Katherine A. Escanlar                           Christopher R. Kinkade
    SAIBER LLC                                      Steven J. Daroci
    18 Columbia Turnpike                            Fox Rothschild LLP
    Suite 200                                       Princeton Pike Corporate Center
    Florham Park, NJ 07932                          997 Lenox Drive, Building 3
    (973) 645-4801                                  Lawrenceville, NJ 08648-2311
                                                    (609) 896-3600
    *Attorneys for Defendant*
    *Par Pharmaceutical, Inc.*                      *Attorneys for Defendant*
                                                    *Ranbaxy Laboratories Limited and*
                                                    *Ranbaxy Inc.*

*Of Counsel:*

Richard J. Berman
Janine A. Carlan
Aziz Burgy
Bradford C. Frese
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006-5344
(202) 857-6000

*Of Counsel:*

William R. Zimmerman
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, N.W.,
Suite 900
Washington, D.C. 20006
(202) 640-6400

Carol Pitzel Cruz
Christie R.W. Matthaei
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000

By:  s/ Liza M. Walsh
Liza M. Walsh
Tricia O'Reilly
Katelyn O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendant
Watson Laboratories, Inc.*

*Of Counsel:*

Gary E. Hood
Mark T. Deming
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900

IT IS on this ____ day of _____, 2015

                                                        Hon. Joseph A. Dickson, U.S.M.J.

cc: Hon. Esther Salas, U.S.D.J.